IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHARON WHITAKER and TRAVIS CESSOR,**  **PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.                               No. 2:19-cv- 155-JM

**YOUTH OPPORTUNITY INVESTMENTS, LLC**          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly-paid worker for Youth Opportunity Investments, LLC, within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*[signature]*
**TRAVIS CESSOR**

Date: 12-16-2019

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com